IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ROBERT O. MOORE,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 06-PWG-2092-NE |
| | ) |
| **BILLY MITCHEM, Warden; ATTORNEY GENERAL FOR THE STATE OF ALABAMA,** | ) ) |
| | ) |
| Respondents. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed findings and recommendation on March 26, 2009 recommending that the petition for writ of habeas corpus be denied. The parties were allowed fifteen days from the entry date of the magistrate judge's findings and recommendation in which to file objections. Petitioner filed objections on April 20, 2009.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation and the objections filed by the petitioner, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and his recommendation is **ACCEPTED**. Accordingly, the petition for writ of habeas corpus is due to be **DENIED**. A Final Judgment will be entered.

As to the foregoing it is **SO ORDERED** this the 8th day of May, 2009.

*Sharon Lovelace Blackburn*
_____
SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE